UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
CASE NO.: 2:13-CV-553-FTM-38DNF

UNITED STATES OF AMERICA,　　)
　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　)
v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
ANIABELLE CUETO,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　)

## MEMORANDUM

Plaintiff, UNITED STATES OF AMERICA, by and thru its undersigned counsel files this Memorandum in Response to Order [D.E.#15] and states as follows:

The Government filed a Motion for Summary Judgment together with a Certificate of Indebtedness [D.E.#11] on November 21, 2013. On December 26, 2013, the Court entered an Order [D.E.#15] which states Plaintiff must "supplement the record in light of the amount Defendant owes plaintiff after February 28, 2008" mentioned in the Certificate of Indebtedness and Motion for Summary Judgment. The Department of Education credited a total of $1,411.56 in payments, Exhibit "A". The borrower made voluntary payments of $900.00 before default on June 30, 1998 and $511.56 in Administrative Wage Garnishments between January 25, 2000 and May 8, 2000. All payments were applied entirely to interest and/or collection costs. After application of these payments, as of December 30, 2013 the borrower now owes the United States the following:

|  |  |
|---|---|
| Principal: | $2,835.08 |
| Interest: | $2,159.49 |
| Total: | $4,994.57 |

WHEREFORE, Plaintiff respectfully requests that this Court grant Summary Judgment and award such other and further relief as the Court deems just and proper under the circumstances.

## ERTIFICATE OF SERVICE

I HEREBY CERTIFY on this _30_ day of December, 2013, a true and correct copy of the foregoing was served by Regular US Mail to: Esmond J. Lewis, Esq., 5237 Summerlin Commons Blvd., Suite 315, Ft. Myer, FL 33907.

Respectfully submitted,

_____
Steven M. Davis (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
Becker & Poliakoff, P.A.
121 Alhambra Plaza – 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States of America

ACTIVE: 5338075_1

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Aniabelle Cueto

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 12/30/13.

On or about 04/26/99, the borrower executed a promissory note to secure a Direct Consolidation loan from the U.S Department of Education. This loan was disbursed for $3,456.06 on 07/24/96 at a variable rate of interest per annum. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087 et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 05/30/98. Pursuant to 34 C.F.R. § 685.202(b), a total of $27.64 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $1,411.56 in payments from all sources to the balance. There was a total of $900.00 in voluntary payments prior to default on 05/30/98. There was a total of $511.56 in Administrative Wage Garnishments between 1/25/00 and 5/8/00 after default. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $2,835.08 |
| Interest: | $2,159.49 |
| Total debt as of 12/30/13: | $4,994.57 |

Interest accrues on the principal shown here at the current rate of 3.15 percent and a daily rate of $0.24 through June 30, 2014, and thereafter at such rate as the Department establishes pursuant to Section 455(b) of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087e.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12/30/13

_____
Loan Analyst
Litigation Support

Michael Illes
Loan Analyst

EXHIBIT
A