UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case No: 2:13-cv-553-FtM-38DNF

ANIABELLE CUETO,

    Defendant.
_____/

### ORDER[1]

On July 26, 2013, Plaintiff filed a one count Complaint against Defendant Aniabelle Cueto for failure to pay a debt. (Doc. #1). Defendant executed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education. (Exh. B., Doc. #11, at 8; Exh. A., Doc. #11, at 7). This loan was made pursuant to the William D. Ford Federal Direct Loan Program and authorized under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1087a et seq. (34 C.F.R. Part 685). (Exh. A., Doc. #11, at 7). On July 24, 1996, a $3,456.06 loan was disbursed to Defendant at a variable rate of interest to be established annually. (Exh. A., Doc. #11, at 7). Defendant defaulted on this loan obligation despite a demand from the U.S. Department of Education. (Exh. A., Doc. #11, at 7).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

On November 21, 2013, Plaintiff filed a Motion for Summary Judgment. (Doc. #11). On December 26, 2013, the Court issued an Order granting in part and denying in part Plaintiff's Motion for Summary Judgment. (Doc. #15). The Court granted the motion with regard to the issue of liability, however, the Court denied the motion with regard to the amount in damages.

The Court also granted the Parties ample time to provide evidence to determine or rebut the amount Defendant owes Plaintiff. To date only Plaintiff has supplemented the record by providing an updated Certificate of Indebtedness. (Doc. #17, at 3). Although given the opportunity, Defendant has not filed a response in opposition or supplemented the record. (See Doc. #17). The Certificate of Indebtedness indicates the amount credited to the debt and the amount Defendant now owes Plaintiff, which is $4,994.57. Having found no material dispute, the Court finds Defendant owes Plaintiff $4,994.57.

Accordingly, it is now

**ORDERED:**

The Clerk of Court is directed to enter Judgment for Plaintiff and against Defendant in the amount of **$4,994.57** and to **CLOSE** this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of January, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2