UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No:   2:13-cv-553-FtM-38DNF

ANIABELLE CUETO,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Report and Recommendation of United States Magistrate Judge Douglas N. Frazier (Doc. #22) filed on February 20, 2014. Judge Frazier recommends that the Motion for Prevailing Attorney Fees and Cost (Doc. #21) be granted in part with regard to attorney fees and denied in part with regard to taxation of costs. No objections have been filed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982); cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir.1994) (Table).

The Court has made an independent review of the record and Judge Frazier's Report and Recommendation. The Court agrees with Judge Frazier's findings.

Accordingly, it is now

**ORDERED:**

1. Report and Recommendation (Doc. #22) is **ACCEPTED and ADOPTED** and is made a part of this Order for all purposes.

2. The Motion for Prevailing Attorney Fees and Cost (Doc. #21) is **GRANTED in part** and **DENIED in part**. Attorney fees in the amount of **$1,360.00** is awarded to the United States and against Defendant Cueto. Taxation of costs are not awarded.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record